# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DWAYNE R. QUINEY,

        Plaintiff,

vs.

SWIFT TRANSPORTATION, INC.,

        Defendant.

Case No. 2:17-cv-02692-KJD-CWH

**REPORT AND RECOMMENDATION**

On November 16, 2017, the court entered a screening order granting plaintiff Dwayne R. Quiney's application to proceed *in forma pauperis* and dismissing his complaint, with leave to amend. (Order (ECF No. 3).) Plaintiff's deadline to file an amended complaint was December 18, 2017. (*Id.* at 3.) Plaintiff has not filed an amended complaint or taken any action in this case since the court's screening order dated November 16, 2017, and therefore appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that plaintiff Dwayne R. Quiney's case be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: December 21, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**