1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **DISTRICT OF NEVADA**

9

10 DWAYNE R. QUINEY,

11      Plaintiff,                          Case No. 2:17-CV-2692-KJD-CWH

12 v.                                    **<u>ORDER</u>**

13 SWIFT TRANSPORTATION, INC.,

14      Defendant.

15

16        Before the Court for consideration is the Report and Recommendation (#5) of Magistrate

17 Judge Carl W. Hoffman entered December 21, 2017, recommending that Plaintiff's complaint be

18 dismissed without prejudice. Though the time for doing so has passed, Plaintiff has failed to file any

19 objections to the Report and Recommendation.

20        The Court has conducted a *de novo* review of the record in this case in accordance with 28

21 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#5)

22 of the United States Magistrate Judge entered December 21, 2017, should be **ADOPTED** and

23 **AFFIRMED**.

24        IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

25 (#5) entered December 21, 2017, are **ADOPTED** and **AFFIRMED;**

26 ///

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED without prejudice**.

DATED this 19th day of January 2018.

_____
Kent J. Dawson
United States District Judge